IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ELIZABETH J. STEVENS
           Plaintiff,

WEST BEND MUTUAL INSURANCE
COMPANY,                                         Case No. 20-cv-123
           Subrogated Plaintiff,

     v.

UNITED STATES OF AMERICA,
           Defendant.

**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)**

Plaintiff, Elizabeth J. Stevens, subrogated plaintiff, West Bend Mutual Insurance Company and Defendant, United States of America, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties, with each party bearing that party's own attorney's fees and costs.

SPERLING LAW OFFICES LLC
Attorneys for Elizabeth J. Stevens

By:   */s/ Michael C. Demo*                            October 22, 2020
      Michael C. Demo                                             Date
      Attorney for Plaintiff

LAW OFFICES OF BRIAN R. KESSLER
Attorneys for West Bend Mutual Insurance Company

By: /s/ *Matthew E. Carlton*  October 22, 2020
    Matthew E. Carlton  Date
    Attorney for Subrogated Plaintiff


SCOTT C. BLADER
United States Attorney


By: /s/ *Albert Bianchi, Jr.*  October 22, 2020
    Albert Bianchi, Jr.  Date
    Attorney for Defendant
    Assistant United States Attorney
    Western District of Wisconsin

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS DISMISSED WITH PREJUDICE as to all claims, causes of actions, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

DATED: _____, 2020

_____
WILLIAM M. CONLEY
U.S. DISTRICT JUDGE